IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD K. JOHNSON, | No. 2:13-CV-1491-MCE-CMK-P |
|     Plaintiff, | |
|   vs. | FINDINGS AND RECOMMENDATIONS |
| J. HILTON, | |
|     Defendant. | |
| _____/ | |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court are plaintiff's motions for leave to proceed in forma pauperis (Docs. 12 and 14)

      Under 28 U.S.C. § 1915(a), the court may grant in forma pauperis status to parties who submit an affidavit showing that the party is unable to pre-pay the filing fee.  In this case, the filing fee is $350.00.  Plaintiff has submitted copies of his prison trust account statement reflecting that, as of August 21, 2013, he had $2,042.19 in available funds and that, as of September 24, 2013, he had $1,762.17 in available funds.  Given these amounts, the court cannot find that plaintiff is unable to pre-pay the $350.00 filing fee.  Therefore, plaintiff's applications for leave to proceed in forma pauperis should be denied and plaintiff should be required to pre-

1

pay the filing fee before this action can proceed.

Based on the foregoing, the undersigned recommends that plaintiff's motions for leave to proceed in forma pauperis (Docs. 12 and 14) be denied and that plaintiff be required to pre-pay the filing fee in full before this action proceeds.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days after being served with these findings and recommendations, any party may file written objections with the court.  Responses to objections shall be filed within 14 days after service of objections.  Failure to file objections within the specified time may waive the right to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED:  January 14, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE