IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD K. JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>J. HILTON,<br><br>        Defendant. | No.  2:13-cv-1491-MCE-CMK-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On January 14, 2014, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 14, 2014, are adopted in full;

2. Plaintiff's motions for leave to proceed in forma pauperis (Docs. 12 and 14) are denied; and

3. Plaintiff is required to pre-pay the full $400.00 filing fee before this action proceeds further; and

4. The failure to pay the full filing fee within 30 days of the date of this order shall result in dismissal of this action.

Dated: March 28, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT